*S. Walter Shine* for petitioners. *Bryan P. Leverich* for the Ogden Union Railway & Depot Co.; and *Calvin W. Rawlings* for the Brotherhood of Railroad Trainmen, respondents.

No. 759. UNITED SUPPLY & MANUFACTURING CO. *v.* TUCKER, BRONSON & MARTIN. C. A. 5th Cir. Certiorari denied. *James J. Morrison* and *W. C. Perrault* for petitioner.

No. 700. JAPAN-ATLANTIC & GULF CONFERENCE ET AL. *v.* UNITED STATES ET AL.; and
No. 703. FEDERAL MARITIME BOARD *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James M. Landis, Herman Goldman* and *Elkan Turk* for petitioners in No. 700. *Allen C. Dawson* for petitioner in No. 703. *Solicitor General Soboloff, Assistant Attorney General Barnes* and *Ralph S. Spritzer* for the United States; *Neil Brooks* for the Secretary of Agriculture; and *John J. O'Connor* and *William L. McGovern* for the Isbrandtsen Co., Inc., respondents.

No. 727. SHELLHAMMER, GENERAL ADMINISTRATRIX, *v.* LEHIGH VALLEY RAILROAD CO. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Jacob Rassner* for petitioner. *James J. Langan* for respondent.

No. 728. NOWINSKI *v.* RANDALL H. HAGNER & CO. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Milton W. King, Bernard I. Nordlinger, Wallace Luchs, Jr.* and *Robert B. Frank* for respondent.